UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE NOW FOUNDATION, a California non-profit; A.T., a minor, by and through his parent P.H.; and P.H. an individual,<br><br>Plaintiffs,<br><br>v.<br><br>POWAY UNIFIED SCHOOL DISTRICT, a public school district in San Diego County, California; and DOES 1–25 inclusive,<br><br>Defendants. | Case No.: 25-cv-3452-AJB-MSB<br><br>**ORDER DISMISSING CASE AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**<br><br>**(Doc. No. 8)** |

On April 6, 2026, the Court issued an order to show cause as to why Plaintiff P.H. should be permitted to proceed by pseudonym. (Doc. No. 9.) The Court ordered Plaintiffs to respond to the order to show cause, in writing, by no later than April 13, 2026. (*Id.*) The Court ordered Plaintiffs to address the following factors: "(1) the severity of the threatened harm; (2) the reasonableness of the anonymous party's fears; and (3) the anonymous party's vulnerability to such retaliation." (*Id.* (quoting *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000)).) Plaintiffs did not respond to the order to show cause. (*See generally* Docket.)

Because Plaintiffs did not respond to the order to show cause, the Court issued an

order requiring Plaintiffs to file a first amended complaint naming Plaintiff P.H. (Doc. No. 11.) The Court required the amended complaint be filed by no later than May 6, 2026. (*Id.*) The Court cautioned Plaintiffs that failure to file an amended complaint may result in the Court dismissing Plaintiffs' complaint without prejudice. (*Id.*) To date, Plaintiffs have not filed an amended complaint or otherwise responded to the Court's orders. (*See generally* Docket.)

Federal Rule of Civil Procedure 41(b) provides that a defendant may move for dismissal of an action for "failure of the plaintiff to prosecute or to comply with these rules or any order of court." Although Rule 41(b) provides for dismissal on the motion of the defendant, the court can also dismiss an action *sua sponte. See Link v. Wabash R.R.,* 370 U.S. 626, 629–30 (1962); *see also Alexander v. Pacific Maritime Ass'n*, 434 F.2d 281, 283–84 (9th Cir. 1970) ("It is well settled in this circuit that a district court has power to dismiss an action for want of prosecution on its own motion, both under Rule 41(b) . . . and under its local rule, or even in the absence of such rules.") The permissive language of Rule 41—that defendant "may" move for dismissal—does not limit the court's ability to dismiss *sua sponte* if the defendant makes no motion for dismissal. *Link,* 370 U.S. at 630. The court has inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or for failure to comply with a court order. *See id.* ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *see also Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992); *Yourish v. California Amplifier*, 191 F.3d 983, 987 (9th Cir.1999).

Here, Plaintiffs have failed to comply with this Court's order requiring them to file an amended complaint. Moreover, Plaintiffs' failure to respond to either of the Court's previous orders indicates to the Court that Plaintiffs have abandoned their claims. Accordingly, this case is dismissed without prejudice. *See Henderson v. Duncan*, 779 F.2d

1421, 1423 (9th Cir. 1986) ("The district court has the inherent power *sua sponte* to dismiss a case for lack of prosecution."); *see also Ferdik*, 963 F.2d 1258, 1260 (9th Cir. 1992), *as amended* (May 22, 1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court.").[1] The Clerk of Court is directed to close this matter.

**IT IS SO ORDERED**.

Dated:  May 7, 2026

_____
Hon. Anthony J. Battaglia
United States District Judge

---

[1] On April 3, 2026, Defendant Poway Unified School District filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) an 12(b)(6). (Doc. NO. 8.) In light of the dismissal of this matter, Defendant's motion to dismiss is **DENIED AS MOOT**.

25-cv-3452-AJB-AHG